**v.**

**AMERITRAK FLEET SOLUTIONS, LLC, dba AmeriTrak, Defendant–Appellee**

**2016-1112**

United States Court of Appeals, Federal Circuit.

October 11, 2016

**DONGGUAN SUNRISE FURNITURE CO., LTD., Taicang Fairmont Designs Furniture Co., Ltd., Meizhou Sunrise Furniture Co., Ltd., Taicang Sunrise Wood Industry Co., Ltd., Plaintiffs–Appellants**

**Longrange Furniture Co., Ltd., Lang-Fang Tiancheng Furniture Co., Ltd., Plaintiffs**

**Coaster Company of America,**
**Plaintiff–Appellee**

v.

**UNITED STATES, American Furniture Manufacturers Committee for Legal Trade, Vaughan–Bassett Furniture Company, Inc., Defendants–Appellees**

2015-1450

United States Court of Appeals, Federal Circuit.

October 12, 2016

PETER J. KOENIG, Squire Sanders (US) LLP, Washington, DC, for plaintiffs-appellants · Dongguan Sunrise Furniture Co., Ltd., Taicang Fairmont Designs Furniture Co., Ltd., Meizhou Sunrise Furniture Co., Ltd., Taicang Sunrise Wood Industry Co., Ltd.

KRISTIN HEIM MOWRY, Mowry & Grimson, PLLC, Washington, DC, for plaintiff-appellee Coaster Company of America. Also represented by JILL A. CRAMER, JEFFREY S. GRIMSON, SARAH M. WYSS.

STEPHEN CARL TOSINI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee United States. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, PATRICIA M. McCARTHY; REBECCA CANTU, Office of the Chief Counsel for Import Administration, United States Department of Commerce, Washington, DC.

JAMES MICHAEL TAYLOR, King & Spalding LLP, Washington, DC, for defendants-appellees American Furniture Manufacturers Committee for Legal Trade, Vaughan–

Bassett Furniture Company, Inc. Also represented by DANIEL SCHNEIDERMAN.

(Lourie, Mayer, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**